**B6A (Official Form 6A) (12/07)**

In re  Stephen J. Laketek & Fran E. Laketek _____  Case No.  14-43301 _____
  **Debtor**                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| RESIDENCE SINGLE FAMILY HOME<br><br>1980 Clover<br>Inverness, IL 60067 | Fee Simple | J | 600,000.00 | Exceeds Value |
| TIME SHARE MAYAN RESORTS<br><br>MEXICO TIME SHARE | Tenancy in common | | 20,000.00 | 20,000.00 |
| | | Total | 620,000.00 | |

Total ▷

(Report also on Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:27 - 31557-301X-*****

**B6B (Official Form 6B) (12/07)**

In re <u>Stephen J. Laketek & Fran E. Laketek</u>                    Case No. <u>14-43301</u>
          **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CORNERSTONE NB CHECKING ACCOUNT XXXX2957 CONERSTONE BANK 1 West Northwest Highway Palatine, IL | J | 300.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | LIVING ROOM FURNITURE RESIDENCE | J | 200.00 |
| | | STOIVE/REFRIGERATOR RESIDENCE | J | 200.00 |
| | | WASHER/DRYER RESIDENCE | J | 150.00 |
| | | MICROWAVE RESIDENCE | J | 25.00 |
| | | COOKING UTENSILS RESIDENCE | J | 10.00 |
| | | FLATWARE/SILVERWAWRE RESIDENCE | J | 10.00 |

In re   Stephen J. Laketek & Fran E. Laketek                                  Case No.   14-43301
                **Debtor**                                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | COOKWARE RESIDENCEJ | J | 20.00 |
| | | DINING ROOM FURNITURE RESIDENCE | J | 200.00 |
| | | TELEVISION RESIDENCE | J | 200.00 |
| | | BEDROOM FURNITURE RESIDENCE | J | 300.00 |
| | | DRESSER/NIGHTSTAND RESIDENCE | J | 200.00 |
| | | LAMPS/ACCESSORIES RESIDENCE | J | 40.00 |
| | | JEWELRY/WEDDING RINGS RESIDENCE | J | 3,000.00 |
| | | COMPUTER RESIDENCE | J | 30.00 |
| | | PAINTING/ART RESIDENCE | J | 200.00 |
| | | CARPENTERS TOOLS RESIDENCE | J | 120.00 |
| | | BROWNINE SHORTGUN RESIDENCE | J | 200.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

In re  Stephen J. Laketek & Fran E. Laketek    Case No.  14-43301
_____        _____
            **Debtor**                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6.  Wearing apparel. | | CLOTHING  RESIDENCEj | J | 300.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |

In re  Stephen J. Laketek & Fran E. Laketek                              Case No.  14-43301
           **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | VEHICLE  2001 740 IL RESIDENCE | J | 2,217.00 |
| | | VEHICLE 2009  JEEP - LEAGAL TITLE ONLY RESIDENCE | J | 12,070.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | MCDONALD'S CLAIM FOR BROKEN TOOTH | W | 3,234.00 |

                                            _____0_____    continuation sheets attached    Total    $    23,226.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C)  (04/13)

In re  Stephen J. Laketek & Fran E. Laketek _____    Case No.  14-43301 _____
   **Debtor**    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)          ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)               $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| LIVING ROOM FURNITURE | (Husb)735 I.L.C.S 5§12-1001(b) | 200.00 | 200.00 |
| STOIVE/REFRIGERATOR | (Husb)735 I.L.C.S 5§12-1001(b) | 200.00 | 200.00 |
| WASHER/DRYER | (Husb)735 I.L.C.S 5§12-1001(b) | 150.00 | 150.00 |
| MICROWAVE | (Husb)735 I.L.C.S 5§12-1001(b) | 25.00 | 25.00 |
| COOKING UTENSILS | (Husb)735 I.L.C.S 5§12-1001(b) | 10.00 | 10.00 |
| FLATWARE/SILVERWAWRE | (Husb)735 I.L.C.S 5§12-1001(b) | 10.00 | 10.00 |
| COOKWARE | (Husb)735 I.L.C.S 5§12-1001(b) | 20.00 | 20.00 |
| DINING ROOM FURNITURE | (Husb)735 I.L.C.S 5§12-1001(b) | 200.00 | 200.00 |
| TELEVISION | (Husb)735 I.L.C.S 5§12-1001(b) | 200.00 | 200.00 |
| BEDROOM FURNITURE | (Husb)735 I.L.C.S 5§12-1001(b) | 300.00 | 300.00 |
| DRESSER/NIGHTSTAND | (Husb)735 I.L.C.S 5§12-1001(b) | 200.00 | 200.00 |
| LAMPS/ACCESSORIES | (Husb)735 I.L.C.S 5§12-1001(b) | 40.00 | 40.00 |
| JEWELRY/WEDDING RINGS | (Husb)735 I.L.C.S 5§12-1001(a) | 3,000.00 | 3,000.00 |
| COMPUTER | (Husb)735 I.L.C.S 5§12-1001(b) | 30.00 | 30.00 |
| CLOTHING | (Husb)735 I.L.C.S 5§12-1001(a) | 300.00 | 300.00 |
| PAINTING/ART | (Husb)735 I.L.C.S 5§12-1001(b) | 200.00 | 200.00 |
| CARPENTERS TOOLS | (Husb)735 I.L.C.S 5§12-1001(b) | 120.00 | 120.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:27 - 31557-301X-*****

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/13) -- Cont.

In re  Stephen J. Laketek & Fran E. Laketek                    Case No.  14-43301
_____                              _____
            **Debtor**                                                  **(If known)**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| BROWNINE SHORTGUN | (Husb)735 I.L.C.S 5§12-1001(b) | 200.00 | 200.00 |
| VEHICLE  2001 740 IL | (Husb)735 I.L.C.S 5§12-1001(c) | 2,217.00 | 2,217.00 |
| MCDONALD'S CLAIM FOR BROKEN TOOTH | (Wife)735 I.L.C.S 5§12-1001(h)(4) | 3,234.00 | 3,234.00 |
| CORNERSTONE NB CHECKING ACCOUNT XXXX2957 | (Husb)735 I.L.C.S 5§12-1001(b) | 300.00 | 300.00 |

**B6D (Official Form 6D) (12/07)**

In re  Stephen J. Laketek & Fran E. Laketek                    ,     Case No. 14-43301

_____Debtor_____                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 16771610 CHASE 10790 RANCHO BERNARDO RD SAN DIEGO, CA 92127 | | H | | | | | Notice Only | Notice Only |
| | | | VALUE $           0.00 | | | | | |
| ACCOUNT NO. 7143362262 OCWEN LOAN SERVICING L 12650 INGENUITY DR ORLANDO, FL 32826 | | H | Incurred: 05/05 | | | | 694,348.00 | 694,348.00 |
| | | | VALUE $           0.00 | | | | | |
| ACCOUNT NO. 0922746211213-299 TCF BANK 101 E. 5TH ST STE 101 ST PAUL MN 55101 | | J | Lien: 2nd Mortgage Security: 736 W NORTHWEST HWY, PALATINE | | | | 61,890.00 | 0.00 |
| | | | VALUE $      300,000.00 | | | | | |

_1_____ continuation sheets attached

Subtotal ▷
(Total of this page)      $   756,238.00      $ 694,348.00

Total ▷
(Use only on last page)      $                      $

(Report also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:27 - 31557-301X-*****

**B6D (Official Form 6D) (12/07) – Cont.**

In re___Stephen J. Laketek & Fran E. Laketek_____,          Case No.____14-43301_____
          **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VIDA VACATIONS MAYAN TIMESHARE RESORTS PASEO DE LAS MORAS FRACCIOAMIENTO NAUTICO TURISTICO Nuevo Vallarta, Nayarit 63735 | | J | Lien: 1st Mortgage <br> Security: TIME SHARE <br><br><br> VALUE $          20,000.00 | | | | 20,000.00 | 0.00 |
| ACCOUNT NO. 5769122851 <br><br> WELLS FARGO DEALER SERVICE PO BOX 25341 SANTA ANA CA 60067- | | H | Incurred: 12/09 <br> Lien: PMSI in vehicle < 910 days <br> Security: JEEP <br> SONS CAR - DEBTORS HAVE LEGAL TITLE ONLY <br><br> VALUE $          12,070.00 | | | | 12,729.00 | 659.00 |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (s) (Total(s) of this page) | $     32,729.00 | $          659.00 |
|---|---|---|---|
| | Total(s) (Use only on last page) | $     788,967.00 | $     695,007.00 |
| | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:27 - 31557-301X-*****

In re_____,  Case No._____
      Stephen J. Laketek & Fran E. Laketek
               Debtor                                                          14-43301
                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of  priority.

     The  complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

      *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:28 - 31557-301X-*****

**B6E (Official Form 6E) (04/13) - Cont.**

In re ___Stephen J. Laketek & Fran E. Laketek_____.    Case No.___14-43301_____
_____Debtor_____                                                    _____(if known)_____

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   \* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1___ **continuation sheets attached**

B6E (Official Form 6E) (04/13) - Cont.

In re Stephen J. Laketek & Fran E. Laketek          ,          Case No. 14-43301
_____          _____
**Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Internal Revenue Service <br> Centralized Insolvency Operation <br> Post Office Box 21126 <br> Philadelphia, PA 19114–0326 | | | Incurred: 2011-2013 <br> Consideration: <br> EMPLOYMENT TAXES <br> TRUST FUND <br> RECOVERY PENALTY | | | | 500,000.00 | 500,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Ilinois Department of Revenue <br> Bankruptcy Section <br> P O Box 64338 <br> Chicago IL 60664-0338 | | | Incurred: 2011-2014 <br> Consideration: <br> STATE TAXES | | | | 121,000.00 | 121,000.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➢<br>(Totals of this page) | $ 621,000.00 | $ 621,000.00 | $ 0.00 |
| Total ➢<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ 621,000.00 | | |
| Totals ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 621,000.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re ___Stephen J. Laketek & Fran E. Laketek___,    Case No. ___14-43301___
  **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  021994650019338913<br><br>AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329 | | H | Incurred: 04/79 | | | | 80.00 |
| ACCOUNT NO.  1002826407<br><br>ARMOR SYSTEMS CO<br>1700 KIEFER DR STE 1<br>ZION, IL 60099 | | H | Incurred: 12/13 | | | | 75.00 |
| ACCOUNT NO.<br><br>ARNOLD & KADJAN<br>203 N LASALLE ST<br>SUITE 1650<br>CHICAGO, IL 60601 | | | ATTY FOR PLAINTIFF | | | | Notice Only |
| ACCOUNT NO.  0645<br>ARS NATIONAL SERVICES, INC.<br>PO BOX 463023<br>ESCONDIDO, CA 92046-3023 | | | Consideration: Assignee for various creditors<br>CITI NA | | | | 27,398.28 |

___11___continuation sheets attached

Subtotal ▷ | $ | 27,553.28

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - 31557-301X-*****   *****, at 18:54:28 - 31557-301X-***** Wednesday, December 17, 2014,

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Stephen J. Laketek & Fran E. Laketek_____,    Case No. ___14-43301_____
_____**Debtor**_____                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 683941 <br> ATG CREDIT <br> 1700 W CORTLAND ST STE 2 <br> CHICAGO, IL 60622 | | W | | | | | 319.00 |
| ACCOUNT NO. 751742 <br> ATG CREDIT <br> 1700 W CORTLAND ST STE 2 <br> CHICAGO, IL 60622 | | W | | | | | 147.00 |
| ACCOUNT NO. 65010017541715 <br> BK OF AMER <br> 9000 SOUTHSIDE BLVD BLDG <br> JACKSONVILLE, FL 32256 | | H | | | | | Notice Only |
| ACCOUNT NO. 6035263006088090 <br> BMBY/CBNA <br> PO BOX 6497 <br> SIOUX FALLS, SD 57117 | | W | | | | | Notice Only |
| ACCOUNT NO. 30019401 <br> BMO HARRIS BANK <br> PO BOX 94034 <br> PALATINE, IL 60094 | | H | | | | | Notice Only |

<div style="font-size:8px; writing-mode: vertical">Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:28 - 31557-301X-*****</div>

Sheet no. __1__ of __11__ continuation sheets attached    Subtotal▷  $        466.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                         Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re    Stephen J. Laketek & Fran E. Laketek                ,        Case No.    14-43301
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1000219067 <br><br> BMW FINANCIAL SERVICES <br> 5515 PARKCENTER CIR <br> DUBLIN, OH 43017 | | H | | | | | Notice Only |
| ACCOUNT NO. 25484 <br><br> BORHART SPELLMEYER & COMPANY <br> 1752 CAPITAL STREET SUITE 400 <br> ELGIN, IL 60124 | | | | | | | 5,038.00 |
| ACCOUNT NO. 2696 <br><br> CAPITAL MANAGEMENT SERVICE <br> 698 1/2 SOUTH OGDEN STRRET <br> BUFFALO, NY 14206-2317 | | | | | | | 23,905.31 |
| ACCOUNT NO. 5466160073430645 <br><br> CITI <br> PO BOX 6241 <br> SIOUX FALLS, SD 57117 | | H | Incurred: 03/86 | | | | 27,398.00 |
| ACCOUNT NO. <br><br> COMAN & ANDERSON <br> 650 WARRENVILLE RD. <br> SUITE 500 LISLE, IL 60532 | | | WELLS FARGO | | | | 3,630.00 |

Sheet no. __2__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▷    $    59,971.31

Total▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:28 - 31557-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re    Stephen J. Laketek & Fran E. Laketek_____,    Case No. ___14-43301_____
              **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COMAN & ANDERSON<br>650 WARRENVILLE RD.<br>SUITE 500 LISLE, IL 60532 | | | CARPENTER'S PENSION FUND | | | | 7,170.97 |
| ACCOUNT NO.<br><br>COMAN & ANDERSON<br>650 WARRENVILLE RD.<br>SUITE 500 LISLE, IL 60532 | | | LABORES PENSION FUND | | | | 7,228.93 |
| ACCOUNT NO.<br><br>COMAN & ANDERSON<br>650 WARRENVILLE RD.<br>SUITE 500 LISLE, IL 60532 | | | GUARANTY LIABILITY | | | | 158.00 |
| ACCOUNT NO.<br><br>COMAN & ANDERSON<br>650 WARRENVILLE RD.<br>SUITE 500 LISLE, IL 60532 | | | WELLS, FARGO | | | | 5,472.00 |
| ACCOUNT NO.  95917<br><br>COMENITY BANK/NWYRK&CO<br>220 W SCHROCK RD<br>WESTERVILLE, OH 43081 | | H | | | | | Notice Only |

Sheet no.  3  of  11  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷    $    20,029.90

Total▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:28 - 31557-301X-*****

In re   Stephen J. Laketek & Fran E. Laketek                    ,        Case No.   14-43301
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  82559096409581 <br><br> CONVERGENT <br> 800SW 39TH ST <br> RENTON, WA08057 | | | | | | | 145.85 |
| ACCOUNT NO.  123280000050001 <br><br> CORNERSTON <br> ONE WEST NORTHWEST HWY <br> PALATINE, IL 60067 | | H | | | | | Notice Only |
| ACCOUNT NO.  123280000060001 <br><br> CORNERSTON <br> ONE WEST NORTHWEST HWY <br> PALATINE, IL 60067 | | H | | | | | Notice Only |
| ACCOUNT NO. <br><br> DAN DENISE <br> 2630 N ORCHARD <br> UNIT A <br> CHICAGO, IL 60614 | | H | Incurred: 2011 <br> Consideration: Personal loan | | | | 30,000.00 |
| ACCOUNT NO. <br><br> DAVID T. COHEN & ASS <br> 10729 W 159TH ST <br> ORLAND PARK, IL 60467 | | | ATTY FOR PLAINTIFF | | | | Notice Only |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - 31557-301X-***** - Wednesday, December 17, 2014, at 18:54:28

Sheet no.  4  of  11  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ | $ | 30,145.85

Total▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Stephen J. Laketek & Fran E. Laketek    ,    Case No.  14-43301
_____
Debtor                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  438359911<br><br>GMAC MORTGAGE<br>3451 HAMMOND AVE<br>WATERLOO, IA 50702 | | H | | | | | Notice Only |
| ACCOUNT NO.  19383043<br><br>HARRIS & HARRIS LTD<br>111 W JACKSON BLVD S-400<br>CHICAGO, IL 60604 | | W | | | | | 1,193.00 |
| ACCOUNT NO.  22555851<br><br>HARRIS & HARRIS LTD<br>111 W JACKSON BLVD S-400<br>CHICAGO, IL 60604 | | W | | | | | 394.00 |
| ACCOUNT NO.  19772653<br><br>HARRIS & HARRIS LTD<br>111 W JACKSON BLVD S-400<br>CHICAGO, IL 60604 | | W | Incurred: 06/12 | | | | 150.00 |
| ACCOUNT NO.  19383043<br><br>HARRIS & HARRIS, LTD<br>222 MERCHANDISE MART PLAZA<br>SUITE 1900<br>CHICCAGO, IL 60654 4917 | | | | | | | 1,193.15 |

Sheet no.  5  of  11  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  2,930.15

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:28 - 31557-301X-*****

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Stephen J. Laketek & Fran E. Laketek                    ,          Case No.    14-43301
_____                                    _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  18910404<br><br>HARVARD COLLECTION SERVICES<br>4839 N. ELSTON AVE<br>CHICAGO, IL 60630-2534 | | | | | | | 1,329.51 |
| ACCOUNT NO.  18670436<br><br>HARVARD COLLECTION SERVICES<br>4839 N. ELSTON AVE<br>CHICAGO, IL 60630-2534 | | | COLLECTING FOR STATE OF IL | | | | Notice Only |
| ACCOUNT NO.  6470016810889<br><br>HOMEWARD RESIDENTIAL<br>1525 S BELT LINE RD<br>COPPELL, TX 75019 | | H | | | | | Notice Only |
| ACCOUNT NO.  32093472001<br><br>I C SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL, MN 55164 | | H | | | | | 338.00 |
| ACCOUNT NO.  59308807001<br><br>I C SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL, MN 55164 | | W | | | | | 41.00 |

Sheet no.  6   of  11   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  1,708.51

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:28 - 31557-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen J. Laketek & Fran E. Laketek                    ,        Case No.  14-43301
                    **Debtor**                                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KLUEVER & PLATT<br>65 EAST WACKER PLACE<br>SUITE 2300<br>CHICAGO, IL 60601 | | | ATTORNEY FOR PLAINTIFF | | | | Notice Only |
| ACCOUNT NO.<br><br>LABORERS PENSION & WELFARE<br>111 W JACKSON BLVD<br>SUITE 1415<br>CHICAGO, IL 60604 | | | | | | | 149,996.87 |
| ACCOUNT NO.  658500610010363820<br><br>MBB<br>1460 RENAISSANCE DR<br>PARK RIDGE, IL 60068 | | W | | | | | 246.00 |
| ACCOUNT NO.  4373109044130<br><br>MCYDSNB<br>9111 DUKE BLVD<br>MASON, OH 45040 | | W | | | | | Notice Only |
| ACCOUNT NO.  75060<br><br>NORTHWEST CARDIO-VASCULAR ASSOCIATIONS<br>880 W. CENTRAL ROAD #7100<br>ARLINGTON HTS., IL 60605-2379 | | | | | | | 40.00 |

Sheet no.  7    of  11    continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  | $  150,282.87

Total▷  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:28 - 31557-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen J. Laketek & Fran E. Laketek_____,    Case No. ___14-43301_____
                              Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  74259740 <br><br>NORTHWEST COMMJUNITY HOSPITAL<br>25709 NETWORK PLACE<br>CHICAGO, IL 60673-1257 | | | | | | | 394.49 |
| ACCOUNT NO. <br><br>PLUM GROVE MORTGAGE ASSOCIATION<br>PO BOX 714<br>PALATINE, ILL 60078 | | | Consideration: ASSOCATION DUES | | | | 200.00 |
| ACCOUNT NO.  477029195 <br><br>PROFESSIONAL ACCOUNT MANAGEMENT LLC<br>PO BOX 2080<br>MILWAUKEE WI 53201-2080 | | | | | | | 92.00 |
| ACCOUNT NO.  20731275 <br><br>PROFESSIONAL ACCOUNT MANAGEMENT LLC<br>PO BOX 2080<br>MILWAUKEE WI 53201-2080 | | | | | | | 52.00 |
| ACCOUNT NO.  1276 <br><br>PROFESSIONAL ACCOUNT MANAGEMENT LLC<br>PO BOX 2080<br>MILWAUKEE WI 53201-2080 | | | | | | | 0.00 |

Sheet no. __8__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  | $  738.49
Total ▷  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - 31557-301X-*****28 - 31557-301X - Wednesday, December 17, 2014, at 18:54:28

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen J. Laketek & Fran E. Laketek_____,    Case No. ____14-43301_____
                     **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  285694493 RJMACQUISITIONS LLC 575 UNDERHILL BLVD. SUITE 224 SYOSSET, NY 11791-4437 | | | | | | | 157.70 |
| ACCOUNT NO.  504994805009 SEARS/CBNA PO BOX 6189 SIOUX FALLS, SD 57117 | | H | | | | | Notice Only |
| ACCOUNT NO.  2770010368256 SELECT PORTFOLIO SVCIN PO BOX 65250 SALT LAKE CITY, UT 84165 | | H | | | | | Notice Only |
| ACCOUNT NO.  0002511 SIDNEY'S VALET SERVICE 725 NORTH SKOKIE HIGHWAY LAKE BLUFF, IL 60044-1116 | | | | | | | 716.25 |
| ACCOUNT NO. STRECKER, JEPSON & ASSOCIATES 21020 RAND RD, SUITE C-2 LAKE ZURICH, IL 60047 | | | | | | | 9,263.80 |

Sheet no. __9__ of __11__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | 10,137.75

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re ___Stephen J. Laketek & Fran E. Laketek_____,    Case No. _____14-43301_____
                       **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6044110064310377<br><br>SYNCB/BROOK BROS<br>PO BOX 965005<br>ORLANDO, FL 32896 | | H | | | | | Notice Only |
| ACCOUNT NO.  6008891291171096<br><br>SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL 32896 | | W | | | | | Notice Only |
| ACCOUNT NO.  9207462112132998<br><br>TCF BANKING & SAVINGS<br>801 MARQUETTE AVE<br>MINNEAPOLIS, MN 55402 | | H | Incurred: 05/07 | | | | 66,318.00 |
| ACCOUNT NO.  6035320308989373<br><br>THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | | H | | | | | Notice Only |
| ACCOUNT NO.  515769122851<br><br>WFDS<br>PO BOX 1697<br>WINTERVILLE, NC 28590 | | H | Incurred: 12/09 | | | | 10,976.00 |

Sheet no. __10__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ | $ | 77,294.00

Total▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:28 - 31557-301X-*****

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen J. Laketek & Fran E. Laketek_____, Case No. ___14-43301_____
             **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WHITFIELD, MCGANN & KETTERMAN<br>111 E WACKER DR<br>SUITE 2600<br>CHICAGO, IL 60601 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __11__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal▷ $             0.00

                                              Total▷ $      381,258.11

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:28 - 31557-301X-*****

B6G (Official Form 6G) (12/07)

In re **Stephen J. Laketek & Fran E. Laketek**　　　Case No.　　**14-43301**
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　　Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑　Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

B6H (Official Form 6H) (12/07)

In re   Stephen J. Laketek & Fran E. Laketek                          Case No.    14-43301
                        **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| SAMANTHA LAKETEK<br>736 W NORTHWEST HWY<br>PALATINE, IL 60067 | TCF BANKING & SAVINGS<br>801 MARQUETTE AVE<br>MINNEAPOLIS, MN 55402 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Stephen J. Laketek |
| | First Name     Middle Name     Last Name |
| Debtor 2 | Fran E. Laketek |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | Northern     District of   IL |
| Case number (If known) | 14-43301 |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

<u>Official Form ■ 6I</u>

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Describe Employment** |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed  ☒ Not employed | ☒ Employed  ☐ Not employed |
| Occupation | RETIRED | |
| Employer's name | | TETRIS CONSTRUCTION |
| Employer's address | | 453 S.VERMONT ST UNIT B |
| | Number   Street | Number   Street |
| | | PALATINE, IL 60067 |
| | City      State   ZIP Code | City      State   ZIP Code |
| How long employed there? | _____ | _____ |

| **Part 2:** | **Give Details About Monthly Income** |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 2,166.66 |
| 3. | Estimate and list monthly overtime pay. | + $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 0.00 | $ 2,166.66 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:29 - 31557-301X-*****

Stephen J. Laketek                                                                 14-43301

Debtor 1  _____          Case number (if known) _____
          First Name    Middle Name    Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ......................................................... | 4. | $ 0.00 | $ 2,166.66 |

5. **List all payroll deductions:**

|  |  |  |  |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 253.28 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: ; | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 253.28 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 1,913.38 |

8. **List all other income regularly received:**

|  |  |  |  |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 2,046.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ; | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: ; | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 2,046.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,046.00 + $ 1,913.38 | = $ 3,959.38 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____          11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies          12. | $ 3,959.38

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

[X] No.

[ ] Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    Stephen J. Laketek
First Name    Middle Name    Last Name

Debtor 2    Fran E. Laketek
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    Northern    District of IL

Case number    14-43301
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

Official Form ■ 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

☐ No.  Go to line 2.
☒ Yes. **Does Debtor 2 live in a separate household?**

☒ No
☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☒ No
☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form ■ 6I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 4,023.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 40.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 200.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Wednesday, December 17, 2014, at 18:54:29 - 31557-301X-*****

Debtor 1    Stephen J. Laketek _____    Case number (if known) 14-43301 _____
             First Name    Middle Name         Last Name

|  |  | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. $ 0.00 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 200.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 200.00 |
| 6d. | Other. Specify: _____ | 6d. $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ 400.00 |
| 8. | **Childcare and children's education costs** | 8. $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ 0.00 |
| 10. | **Personal care products and services** | 10. $ 0.00 |
| 11. | **Medical and dental expenses** | 11. $ 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance | 15a. $ 79.00 |
| 15b. | Health insurance | 15b. $ 0.00 |
| 15c. | Vehicle insurance | 15c. $ 100.00 |
| 15d. | Other insurance. Specify: _____ | 15d. $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ _____ | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1 | 17a. $ 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $ 0.00 |
| 17c. | Other. Specify: _____ _____ | 17c. $ 0.00 |
| 17d. | Other. Specify: _____ _____ | 17d. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form ▮ 6I).** | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| 20a. | Mortgages on other property | 20a. $ 0.00 |
| 20b. | Real estate taxes | 20b. $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ 0.00 |

Debtor 1   Stephen J. Laketek _____        Case number (*if known*) __14-43301_____
          First Name      Middle Name        Last Name

21.  **Other**. Specify: _____ _____    21.  +$_____ 0.00

22.  **Your monthly expenses.** Add lines 4 through 21.              22.  $_____ 5,542.00
     The result is your monthly expenses.

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $_____ 3,959.38

     23b.  Copy your monthly expenses from line 22 above.                      23b.  −$_____ 5,542.00

     23c.  Subtract your monthly expenses from your monthly income.            23c.  $_____ -1,582.62
           The result is your *monthly net income*.

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☒  No.
     ☐  Yes.      Explain here:

AMEX
PO BOX 297871
FORT LAUDERDALE, FL 33329


ARMOR SYSTEMS CO
1700 KIEFER DR STE 1
ZION, IL 60099


ARNOLD & KADJAN
203 N LASALLE ST
SUITE 1650
CHICAGO, IL 60601


ARS NATIONAL SERVICES, INC.
PO BOX 463023
ESCONDIDO, CA 92046-3023


ATG CREDIT
1700 W CORTLAND ST STE 2
CHICAGO, IL 60622


ATG CREDIT
1700 W CORTLAND ST STE 2
CHICAGO, IL 60622


BK OF AMER
9000 SOUTHSIDE BLVD BLDG
JACKSONVILLE, FL 32256


BMBY/CBNA
PO BOX 6497
SIOUX FALLS, SD 57117


BMO HARRIS BANK
PO BOX 94034
PALATINE, IL 60094


BMW FINANCIAL SERVICES
5515 PARKCENTER CIR
DUBLIN, OH 43017


BORHART SPELLMEYER & COMPANY
1752 CAPITAL STREET SUITE 400
ELGIN, IL 60124

CAPITAL MANAGEMENT SERVICE
698 1/2 SOUTH OGDEN STRRET
BUFFALO, NY 14206-2317


CHASE
10790 RANCHO BERNARDO RD
SAN DIEGO, CA 92127


CITI
PO BOX 6241
SIOUX FALLS, SD 57117


COMAN & ANDERSON
650 WARRENVILLE RD.
SUITE 500 LISLE, IL 60532


COMAN & ANDERSON
650 WARRENVILLE RD.
SUITE 500 LISLE, IL 60532


COMAN & ANDERSON
650 WARRENVILLE RD.
SUITE 500 LISLE, IL 60532


COMAN & ANDERSON
650 WARRENVILLE RD.
SUITE 500 LISLE, IL 60532


COMAN & ANDERSON
650 WARRENVILLE RD.
SUITE 500 LISLE, IL 60532


COMENITY BANK/NWYRK&CO
220 W SCHROCK RD
WESTERVILLE, OH 43081


CONVERGENT
800SW 39TH ST
RENTON, WA08057


CORNERSTON
ONE WEST NORTHWEST HWY
PALATINE, IL 60067

CORNERSTON
ONE WEST NORTHWEST HWY
PALATINE, IL 60067


DAN DENISE
2630 N ORCHARD
UNIT A
CHICAGO, IL 60614


DAVID T. COHEN & ASS
10729 W 159TH ST
ORLAND PARK, IL 60467


GMAC MORTGAGE
3451 HAMMOND AVE
WATERLOO, IA 50702


HARRIS & HARRIS LTD
111 W JACKSON BLVD S-400
CHICAGO, IL 60604


HARRIS & HARRIS LTD
111 W JACKSON BLVD S-400
CHICAGO, IL 60604


HARRIS & HARRIS LTD
111 W JACKSON BLVD S-400
CHICAGO, IL 60604


HARRIS & HARRIS, LTD
222 MERCHANDISE MART PLAZA SUITE 1900
CHICCAGO, IL 60654 4917


HARVARD COLLECTION SERVICES
4839 N. ELSTON AVE
CHICAGO, IL 60630-2534


HARVARD COLLECTION SERVICES
4839 N. ELSTON AVE
CHICAGO, IL 60630-2534


HOMEWARD RESIDENTIAL
1525 S BELT LINE RD
COPPELL, TX 75019

```
I C SYSTEM INC
PO BOX 64378
SAINT PAUL, MN 55164


I C SYSTEM INC
PO BOX 64378
SAINT PAUL, MN 55164


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114-0326


KLUEVER & PLATT
65 EAST WACKER PLACE
SUITE 2300
CHICAGO, IL 60601


LABORERS PENSION & WELFARE
111 W JACKSON BLVD
SUITE 1415
CHICAGO, IL 60604


llinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL 60664-0338


MBB
1460 RENAISSANCE DR
PARK RIDGE, IL 60068


MCYDSNB
9111 DUKE BLVD
MASON, OH 45040


NORTHWEST CARDIO-VASCULAR ASSOCIATIONS
880 W. CENTRAL ROAD #7100
ARLINGTON HTS., IL 60605-2379


NORTHWEST COMMJUNITY HOSPITAL
25709 NETWORK PLACE
CHICAGO, IL 60673-1257
```

OCWEN LOAN SERVICING L
12650 INGENUITY DR
ORLANDO, FL 32826


PLUM GROVE MORTGAGE ASSOCIATION
PO BOX 714
PALATINE, ILL 60078


PROFESSIONAL ACCOUNT MANAGEMENT LLC
PO BOX 2080
MILWAUKEE WI 53201-2080


PROFESSIONAL ACCOUNT MANAGEMENT LLC
PO BOX 2080
MILWAUKEE WI 53201-2080


PROFESSIONAL ACCOUNT MANAGEMENT LLC
PO BOX 2080
MILWAUKEE WI 53201-2080


RJMACQUISITIONS LLC
575 UNDERHILL BLVD. SUITE 224
SYOSSET, NY 11791-4437


SAMANTHA LAKETEK
736 W NORTHWEST HWY
PALATINE, IL 60067


SEARS/CBNA
PO BOX 6189
SIOUX FALLS, SD 57117


SELECT PORTFOLIO SVCIN
PO BOX 65250
SALT LAKE CITY, UT 84165


SIDNEY'S VALET SERVICE
725 NORTH SKOKIE HIGHWAY
LAKE BLUFF, IL 60044-1116


STRECKER, JEPSON & ASSOCIATES
21020 RAND RD, SUITE C-2
LAKE ZURICH, IL 60047

SYNCB/BROOK BROS
PO BOX 965005
ORLANDO, FL 32896


SYNCB/JCP
PO BOX 965007
ORLANDO, FL 32896


TCF BANK
101 E. 5TH ST STE 101
ST PAUL MN 55101


TCF BANKING & SAVINGS
801 MARQUETTE AVE
MINNEAPOLIS, MN 55402


THD/CBNA
PO BOX 6497
SIOUX FALLS, SD 57117


VIDA VACATIONS
MAYAN TIMESHARE RESORTS
PASEO DE LAS MORAS
FRACCIOAMIENTO NAUTICO TURISTICO
Nuveo Vallarta, Nayarit 63735


WELLS FARGO DEALER SERVICE
PO BOX 25341
SANTA ANA CA 60067-


WFDS
PO BOX 1697
WINTERVILLE, NC 28590


WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DR
SUITE 2600
CHICAGO, IL 60601